**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| NANCY SLICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-00428 |
| | ) | **JURY DEMAND** |
| HOUSEHOLD FINANCIAL CENTER, INC., | ) | Varlan/Guyton |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

COMES NOW the parties, Plaintiff Nancy Slice, along with Defendant Household Financial Center, Inc., by and through Counsel, and state to the Court that all the differences heretofore existing in this cause between them have been resolved and that they are in agreement that all claims in this matter between them may be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

1. That any and all claims by Plaintiff Nancy Slice against Defendant Household Financial Center, Inc., formerly identified in the litigation as Household Recovery Services, Inc., HFC of Nevada and Household Bank, FSB, be and the same are hereby dismissed with prejudice;

2. That each party shall be responsible for their own discretionary costs.

3. That court costs of this cause are to be paid by Household Financial Center, Inc.

ENTER:

                                               s/ Thomas A. Varlan
                                             UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


s/Michael P. Sayne_____
Michael P. Sayne (BPR #20970)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
2200 Riverview Tower
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37901
(865) 549-7000
*Attorney for Defendants*



s/Robert Holland_____
Robert Holland
Holland Law
308 Cogdill Rd., NW
Knoxville, TN 37922
*Attorney for Plaintiff*